# United States Bankruptcy Court
## District of Nevada

Case No. **09–21255–bam**
**Chapter 7**

In re: (Name of Debtor)
    ROBERT E THORPE
    2823 LANDAU CT.
    HENDERSON, NV 89074

Social Security No.:
    xxx–xx–6981

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT JOSEPH B. ATKINS is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 5/2/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court